IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

STACY KILGORE                                           PLAINTIFF and COUNTER-DEFENDANT
as personal representative of the
Estate of Caleb Haydar

Vs.                    CASE NO.  2:13cv00162 JM

ANTHEM INSURANCE COMPANIES, INC.      DEFENDANT and CROSS-DEFENDANT

AIR EVAC LIFETEAM                              DEFENDANT and CROSS-CLAIMANT
                                                               and COUNTER-CLAIMANT

## ORDER

Based on notification that the above case has settled as to all parties, the case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE